**McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
Matthew B. Learned, Esq. (SBN: 255499)
2763 Camino Del Rio S, Suite 100
San Diego, CA  92108
Telephone:  (619) 685-4800
Facsimile:  (619) 685-4811
Email: malearned@mccarthyholthus.com

Attorneys for Defendant,
United Wholesale Mortgage, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN E. ANDERSON, SR. AND ALFREDA RAMEY-ANDERSON<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC; LENDING FORCE, LLC; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  2:26-cv-02756-JLS-AGR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. Sherilyn P. Garnett<br>FAC filed: December 23, 2025<br>Trial Date: Not Yet Set |

## RECITALS

Pursuant to Federal Rules of Civil Procedure section 1447 and Local Rules 5-4.4.1, 5-4.4.2, and 7-1, Plaintiffs, Glenn E. Anderson, Sr. and Alfreda Ramey-Anderson ("Plaintiffs"), and Defendants, United Wholesale Mortgage, LLC and Lending Force LLC (collectively as "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate to remand the above-entitled action to the Superior Court of the State of California for the County of Ventura (the "Superior Court") as Glenn E.

1

**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT**

Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al., Case Number 2025CUFR055806, in light of the Parties' agreement that the Superior Court may retain jurisdiction of this matter.

WHEREAS, on December 22, 2025, the matter of Glenn E. Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al., Case Number 2025CUFR055806 was filed in the County of Ventura;

WHEREAS, on December 23, 2025, Plaintiffs filed their First Amended Complaint in Case Number 2025CUFR055806;

WHEREAS, on February 19, 2025, Defendant, United Wholesale Mortgage, LLC, was personally served with the Summons and First Amended Complaint;

WHEREAS, on March 16, 2025, Defendant, United Wholesale Mortgage, LLC filed a Notice of Removal of the state court matter to the United States District Court for the Central District of California based on federal question jurisdiction;

WHEREAS, United Wholesale Mortgage, LLC filed the Notice of Removal with the good faith belief that Lending Force LLC's agent for service of process had not yet been served with the Summons and First Amended Complaint;

WHEREAS, on March 17, 2026, prior to United Wholesale Mortgage, LLC filing a notice of filing the Notice of Removal with the Superior Court, Lending Force, LLC appeared in the action by filing a Declaration of Demurring Party Regarding Meet and Confer Under California Code of Civil Procedure section 430.41 with the Superior Court;

WHEREAS, the Parties have met and conferred pursuant to L.R. 7-3 regarding remand of this matter back to the Superior Court;

/ / /

/ / /

/ / /

/ / /

/ / /

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
2763 CAMINO DEL RIO S, SUITE 100
SAN DIEGO, CALIFORNIA  92108
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4811

2

**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT**

NOW THEREFORE, the Parties stipulate to remand this matter back to the Superior Court in the County of Ventura and request this Court to execute the Proposed Order Remanding the Action contained herein below.

Dated: April 6, 2026                    Respectfully submitted,


By: /s/ Glenn E. Anderson, Sr.

Glenn E. Anderson, Sr.,
Plaintiff


Dated: April 6, 2026                    Respectfully submitted,


By: /s/ Alfreda Ramey-Anderson

Alfreda Ramey-Anderson,
Plaintiff


Dated: March 31, 2026                   Respectfully submitted,
                                        **A SINGER & ASSOCIATES INC**

By: _____

Anne Singer, Esq.
Attorney for Defendant,
Lending Force LLC


Dated: March 31, 2026                   Respectfully submitted,
                                        **McCARTHY & HOLTHUS, LLP**

By: *Matthew B. Learned*

Matthew B. Learned, Esq.
Attorney for Defendant,
United Wholesale Mortgage, LLC

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
2763 CAMINO DEL RIOS, SUITE 100
SAN DIEGO, CALIFORNIA 92108
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

3

**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT**

## ORDER

Pursuant to the joint stipulation to remand the matter of *Glenn E. Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al.*, Case Number 2:26-cv-02756-JLS-AGR, to state court, and for good cause shown, the above captioned case is remanded to the Superior Court of the State of California for the County of Ventura as *Glenn E. Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al.*, Case Number 2025CUFR055806, in light of the Parties' agreement and stipulation that the state court may retain jurisdiction of this matter.

**IT IS SO ORDERED.**


Dated: _____          By:_____
                                          Honorable Sherilyn P. Garnett

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
2763 CAMINO DEL RIO S, SUITE 100
SAN DIEGO, CALIFORNIA 92108
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

4

**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT**