**McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
Matthew B. Learned, Esq. (SBN: 255499)
2763 Camino Del Rio S, Suite 100
San Diego, CA  92108
Telephone:   (619) 685-4800
Facsimile:   (619) 685-4811
Email: malearned@mccarthyholthus.com

Attorneys for Defendant,
United Wholesale Mortgage, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN E. ANDERSON, SR. AND ALFREDA RAMEY-ANDERSON<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC; LENDING FORCE, LLC; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  2:26-cv-02756-JLS-AGR<br><br>**[PROPOSED] ORDER TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. Sherilyn P. Garnett<br>FAC filed: December 23, 2025<br>Trial Date: Not Yet Set |

# ORDER

Pursuant to the joint stipulation to remand the matter of *Glenn E. Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al.*, Case Number 2:26-cv-02756-JLS-AGR, to state court, and for good cause shown, the above captioned case is remanded to the Superior Court of the State of California for the County of Ventura as *Glenn E. Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al.*, Case Number 2025CUFR055806, in light of the Parties' agreement and stipulation that the state court may retain jurisdiction of this matter.

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: _____          By:_____
                                        Honorable Sherilyn P. Garnett

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
2763 CAMINO DEL RIOS, SUITE 100
SAN DIEGO, CALIFORNIA 92108
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811