JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN E. ANDERSON, SR. AND ALFREDA RAMEY-ANDERSON<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC; LENDING FORCE, LLC; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  2:26-cv-02756-JLS-AGR<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT (Doc. 9)** |

Pursuant to the Joint Stipulation to remand the matter of *Glenn E. Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al.*, Case Number 2:26-cv-02756-JLS-AGR, to state court, and for good cause shown, the above captioned case is REMANDED to the Superior Court of the State of California for the County of Ventura as *Glenn E. Anderson, Sr., et al. v. United Wholesale Mortgage, LLC, et al.*, Case Number 2025CUFR055806, in light of the Parties' agreement and stipulation that the state court may retain jurisdiction of this matter.

IT IS SO ORDERED.

DATED: April 11, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE